UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCIA WALKER, )
    Plaintiff, )
)  No. 1:11-cv-375
-v- )
)  HONORABLE PAUL L. MALONEY
COMMISSIONER OF SOCIAL SECURITY, )
    Defendant. )
)

## JUDGMENT

Having affirmed the decision of the Administrative Law Judge denying Plaintiff Walker's application for benefits, under Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 17, 2012                     /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District Judge