UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARCIA WALKER,<br>　　　　Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | No. 1:11-cv-375<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having affirmed the decision of the Administrative Law Judge denying Plaintiff Walker's application for benefits, under Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 17, 2012           /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge